ORIGINAL

**FILED IN OPEN COURT**
U.S.D.C. - Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MAY 27 2026

KEVIN P. WEIMER, Clerk
By: _____
Deputy Clerk

SEALED

UNITED STATES OF AMERICA

*v.*

ANDRE LALOR,
  a/k/a "Plug Dre,"
SANCHAZ TURNER,
  a/k/a "Chezz,"
D'ANTHONY VARNER,
LORENZO HARRIS-BROWN,
and ALBERT BROWN

Criminal Indictment
No.

**1:26-CR-232**

THE GRAND JURY CHARGES THAT:

**Count One**
**(Conspiracy to Commit Firearms Trafficking)**

Beginning on a date unknown, but at least by or on about October 18, 2024, and continuing until on or about July 22, 2025, in the Northern District of Georgia and elsewhere, the defendants, ANDRE LALOR, a/k/a "Plug Dre," SANCHAZ TURNER, a/k/a "Chezz," D'ANTHONY VARNER, LORENZO HARRIS-BROWN, and ALBERT BROWN, and others known and unknown to the Grand Jury, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with one another to ship, transport, transfer, cause to be transported, and otherwise dispose of at least one firearm, to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony, as defined in Title 18, United States Code, Section 932(a), all in violation of Title 18, United States Code, Sections 933(a)(1) and 933(a)(3).

## Counts Two through Eight
### (Firearms Trafficking)

On or about the dates listed in Column C below, in the Northern District of Georgia and elsewhere, the defendant(s) listed in Column B below, aided and abetted by each other and others known and unknown to the Grand Jury, did ship, transport, transfer, cause to be transported, and otherwise dispose of at least one of the following firearms contained in Column D, to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony, as defined in Title 18, United States Code, Section 933(a)(1),

| Column A | Column B | Column C | Column D |
|---|---|---|---|
| Count | Defendant | Date | Firearm(s) Acquired by Defendant(s) |
| 2 | Lorenzo Harris-Brown | January 3, 2025 | • a SAR, model CM9 9mm pistol |
| 3 | Andre Lalor, "a/k/a "Plug Dre" | March 25, 2025 | • a Ruger, model Security 9 9mm pistol; <br>• a HS Produkt, model XD9 9mm pistol; and <br>• a Taurus, model G2C 9mm pistol |
| 4 | D'Anthony Varner | April 7, 2025 | • a Glock, model 19X 9mm pistol |
| 5 | Albert Brown | April 21, 2025 | • a Taurus, model G2C .40 caliber pistol |
| 6 | Sanchaz Turner a/k/a "Chezz," and D'Anthony Varner | April 24, 2025 | • a Sig Sauer, model P320 9mm pistol; and <br>• a Heckler and Koch, model P2000 .40 caliber pistol |

| 7 | Andre Lalor, "a/k/a "Plug Dre" | May 4, 2025 | <ul><li>a Glock, model 45 9mm pistol 7;</li><li>a Glock, model 43X 9mm pistol;</li><li>a Sig Sauer, model P320 9mm pistol;</li><li>a Ruger, model Security 9 9mm pistol; and</li><li>a Smith & Wesson, model M&P9 9mm pistol</li></ul> |
| 8 | Andre Lalor, "a/k/a "Plug Dre" | July 22, 2025 | <ul><li>a Taurus, model G2C 9mm pistol; and</li><li>a Smith & Wesson, model M&P9 9mm pistol</li></ul> |

All in violation of Title 18, United States Code, Section 933(a)(1) and Section 2.

## Counts Nine through Seventeen
### (Possession of a Stolen Firearm)

On or about the dates listed in Column C below, in the Northern District of Georgia, the defendant listed in Column B below, knowingly possessed at least one of the stolen firearms as listed in Column D below, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen,

| Column A | Column B | Column C | Column D |
|---|---|---|---|
| Count | Defendant | Date | Firearm(s) Acquired by Defendant(s) |
| 9 | Lorenzo Harris-Brown | January 3, 2025 | <ul><li>a SAR, model CM9 9mm pistol</li></ul> |
| 10 | Andre Lalor, "a/k/a "Plug Dre" | March 25, 2025 | <ul><li>a Ruger, model Security 9 9mm pistol;</li></ul> |

|  |  |  | • a HS Produkt, model XD9 9mm pistol; and<br>• a Taurus, model G2C 9mm pistol |
|---|---|---|---|
| 11 | D'Anthony Varner | April 7, 2025 | • a Taurus, model G2C .40 caliber pistol;<br>• a Glock, model 48 9mm pistol; and<br>• a Glock, model 19X 9mm pistol |
| 12 | Albert Brown | April 21, 2025 | • a Taurus, model G2C .40 caliber pistol |
| 13 | D'Anthony Varner | April 24, 2025 | • a Heckler & Koch, model P2000 .40 caliber pistol;<br>• a Smith & Wesson, model M&P 22 Compact .22 caliber pistol; and,<br>• a Sig Sauer, model P320 9mm pistol |
| 14 | Sanchaz Turner a/k/a "Chezz" | April 24, 2025 | • a Heckler and Koch, model P2000 .40 caliber pistol |
| 15 | Andre Lalor, "a/k/a "Plug Dre" | May 4, 2025 | • a Glock, model 45 9mm pistol 7; and<br>• a Glock, model 43X 9mm pistol;<br>• a Sig Sauer, model P320 9mm pistol;<br>• a Ruger, model Security 9 9mm pistol; and<br>• a Smith & Wesson, model M&P9 9mm pistol |
| 16 | Albert Brown | July 18, 2025 | • a Taurus, model G3C 9mm pistol |
| 17 | Andre Lalor, "a/k/a "Plug Dre" | July 22, 2025 | • a Taurus, model G2C 9mm pistol; and<br>• a Smith & Wesson, model M&P9 9mm pistol |

All in violation of Title 18, United States Code, Section 922(j).

## Count Eighteen
### (Dealing in Firearms Without a License)

Beginning on a date unknown, but at least by or on about October 18, 2024, and continuing until on or about July 22, 2025, in the Northern District of Georgia and elsewhere, the defendants, ANDRE LALOR, a/k/a "Plug Dre," SANCHAZ TURNER, a/k/a "Chezz," D'ANTHONY VARNER, LORENZO HARRIS-BROWN, and ALBERT BROWN, aided and abetted by each other and others known and unknown to the Grand Jury, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A),924(a)(1)(D) and Section 2.

## Count Nineteen
### (Attempted Smuggling Goods from the United States)

On or about March 25, 2025, in the Northern District of Georgia and elsewhere, the defendant, ANDRE LALOR, a/k/a "Plug Dre," aided and abetted by others known and unknown to the Grand Jury, did fraudulently and knowingly attempt to export and send at least one of the following merchandise, articles, and objects from the United States to St. Vincent/Grenadines, that is:

1. One (1) Ruger, model Security 9mm pistol;
2. One (1) HS Produkt, model XD9 9mm pistol; and
3. One (1) Taurus, Model G2C 9mm pistol,

contrary to the laws and regulations of the United States, by failing to list the firearms and ammunition on export shipping documents, in violation of Title 13, United States Code, Section 305, all in violation of Title 18, United States Code, Section 554, and Section 2.

## Count Twenty
### (Attempted Smuggling Goods from the United States)

On or about May 4, 2025, in the Northern District of Georgia and elsewhere, the defendant, ANDRE LALOR, a/k/a "Plug Dre," aided and abetted by others known and unknown to the Grand Jury, did fraudulently and knowingly attempt to export and send at least one of the following merchandise, articles, and objects from the United States to Jamaica, that is:

1. One (1) Glock, model 45 9mm pistol;
2. One (1) Glock, model 43X 9mm pistol;
3. One (1) Ruger, model Security 9 9mm pistol;
4. One (1) Smith & Wesson, model M&P9 9mm pistol; and
5. One (1) Sig Sauer, model P320 9mm pistol),

contrary to the laws and regulations of the United States, by failing to list the firearms and ammunition on export shipping documents, in violation of Title 13, United States Code, Section 305, all in violation of Title 18, United States Code, Section 554, and Section 2.

## Counts Twenty-One through Twenty-Three
### (Failure to Notify Common Carrier)

On or about the dates listed in Column C below, in the Northern District of Georgia, the defendant, ANDRE LALOR, a/k/a "Plug Dre," aided and abetted by others known and unknown to the grand jury, knowingly delivered, and caused to be delivered, at least one of the following firearms to a common contract carrier, namely, Federal Express Corporation and United States Postal Service:

| Column A | Column B | Column C | Column D |
|---|---|---|---|
| Count | Defendant | Date | Firearm(s) Acquired by Defendant(s) |
| 21 | Andre Lalor, a/k/a "Plug Dre" | March 25, 2025 | • a Ruger, model Security 9 9mm pistol;<br>• a HS Produkt, model XD9 9mm pistol; and<br>• a Taurus, model G2C 9mm pistol |
| 22 | Andre Lalor, a/k/a "Plug Dre" | May 4, 2025 | • a Glock, model 45 9mm pistol 7; and<br>• a Glock, model 43X 9mm pistol;<br>• a Sig Sauer, model P320 9mm pistol;<br>• a Ruger, model Security 9 9mm pistol; and<br>• a Smith & Wesson, model M&P9 9mm pistol |
| 23 | Andre Lalor, a/k/a "Plug Dre" | July 22, 2025 | • a Taurus, model G2C 9mm pistol; and<br>• a Smith & Wesson, model M&P9 9mm pistol |

for transportation and shipment in interstate and foreign commerce to a person who is not a licensed importer, manufacturer, dealer, and collector, without notice to the carrier, that a firearm was being transported and shipped, in violation of Title 18, United States Code, Section 922(e) and Section 2.

## Counts Twenty-Four through Twenty-Five
### (Failure to File Electronic Export Info)

On or about the dates listed in Column C below, in the Northern District of Georgia, the defendant ANDRE LALOR, a/k/a "Plug Dre," aided and abetted by others known and unknown to the Grand Jury, did knowingly cause the Federal

Express Corporation to fail to file a shippers Export Declaration through the Automated Export System, in that the defendant declared that an inflatable pool and an inflatable bed were in the shipment when, in fact, as the defendant knew well then, the shipment also contained the following firearms, to wit:

| Column A | Column B | Column C | Column D |
|---|---|---|---|
| Count | Defendant | Date | Firearm(s) Acquired by Defendant(s) |
| 24 | Andre Lalor, "Plug Dre" | March 25, 2025 | • a Ruger, model Security 9 9mm pistol; • a HS Produkt, model XD9 9mm pistol (C-GM846113); and • a Taurus, model G2C 9mm pistol (D-1C048134) |
| 25 | Andre Lalor, "Plug Dre" | May 4, 2025 | • a Glock, model 45 9mm pistol 7; and • a Glock, model 43X 9mm pistol; • a Sig Sauer, model P320 9mm pistol; • a Ruger, model Security 9 9mm pistol; and • a Smith & Wesson, model M&P9 9mm pistol |

All in violation of Title 13, United States Code, Section 305 and Section 2.

## Forfeiture Provision

Upon conviction of the offenses alleged in Counts One through Eight of this Indictment, the defendants, ANDRE LALOR, a/k/a "Plug Dre," SANCHAZ TURNER, a/k/a "Chezz," D'ANTHONY VARNER, LORENZO HARRIS-BROWN, and ALBERT BROWN, shall forfeit to the United States of America,

pursuant to Title 18, United States Code, Section 934(a), any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offenses alleged in Counts One through Eight of this Indictment.

Upon conviction of one or more of the offenses alleged in Counts Nine through Eighteen and Twenty-Two through Twenty-Three of the Indictment, the defendants, ANDRE LALOR, a/k/a "Plug Dre," SANCHAZ TURNER, a/k/a "Chezz," D'ANTHONY VARNER, LORENZO HARRIS-BROWN, and ALBERT BROWN, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offenses.

Upon conviction of one or more of the offenses alleged in Counts Nineteen and Twenty of this Indictment, the defendant, ANDRE LALOR, a/k/a "Plug Dre," shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting, or derived from, proceeds traceable to the offenses, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts Nineteen and Twenty of this Indictment.

Upon conviction of one or more of the offenses alleged in Counts Twenty-Four and Twenty-Five of this Indictment, the defendant, ANDRE LALOR, a/k/a "Plug Dre," shall forfeit to the United States of America, pursuant to Title 13, United States Code, Section 305(a)(3) any interest in, security of, claim against, or property or contractual rights of any kind in the goods or tangible items that were the subject of the violations; any interest in, security of, claim against, or property or contractual rights of any kind in tangible property that was used in the exports or attempts to export that were the subject of the violations; and any property constituting, or derived from, any proceeds obtained directly or indirectly as a result of the violations, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts Twenty-Four and Twenty- Five of this Indictment.

If, any of the property subject to forfeiture, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property.

A _____TRUE_____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG

*United States Attorney*

*Stephanie Gabay-Smith*
STEPHANIE GABAY-SMITH
  *Assistant United States Attorney*
Georgia Bar No. 663519
  600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

*Jamil A. Favors*
JAMIL FAVORS
  *Assistant United States Attorney*
Georgia Bar No. 549881
  600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181