IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

    *v.*

LORENZO HARRIS-BROWN

Criminal Action No.
1:26-CR-232

### Government's Motion for Detention

The United States of America, by counsel, Theodore S. Hertzberg, United States Attorney, and Stephanie Smith, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1.    Eligibility of Case**

This case is eligible for a detention order because this case involves:

Any felony that is not otherwise a crime of violence, but which involves the possession/use of a firearm, destructive device, or any other dangerous weapon;

A serious risk that the defendant will flee.

**2.    Reason for Detention**

The Court should detain the defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

### 3.  Rebuttable Presumption

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

### 4.  Background and Preliminary Facts

In April of 2025, a joint law enforcement investigation began when a package destined for Georgetown, St. Vincent was encountered at Miami Airport. The package originated from Lithonia, Georgia and was described as containing an inflatable queen bed.  The package was x-rayed and revealed it contained three handguns (a Ruger, model Security 9 9mm pistol; a HS Produkt, model XD9 9mm pistol; and a Taurus, model G2C 9mm pistol. The package was opened and manually inspected and found to contain a queen air mattress, three handguns and three magazines.  The shipper was listed as Damion Jones located at 802 Alta Court Lithonia, GA. 30058.  This sender address and name was previously used on a firearms shipment that was seized in Canada and is linked to Andre Lalor. One of the three firearms in the April shipment was reported stolen on March 1, 2025, in Atlanta, Georgia.

Upon learning that firearms were being stolen from vehicles in the Metro-Atlanta area, agents from ATF, HSI, BIS, USPIS began working with Atlanta Police Department on a rash of car break-ins and burglaries.  As a result of their combined efforts law enforcement uncovered a group of individuals that were involved in "Striking."  "Striking'" is the term the defendants used to describe

their activity of breaking into vehicles and stealing the vehicles' contents. Defendants Harris-Brown, Brown, and Varner were allegedly involved in stealing firearms, and obtaining stolen firearms from unknown individuals. The same three men then allegedly provided the stolen firearms to Turner. Turner, who served as a middleman in the scheme, would then contact Lalor to arrange the sale of the firearms. Agents learned that Lalor obtained the stolen firearms and trafficked them outside of the United States to various countries in the Caribbean and to Canada.

Screenshot of a portion of a text conversation between Varner and Turner,



3

4

Screenshot of firearms Turner received for sale to Lalor



Photograph of firearms seized in Miami that were destined for transport to Jamaica



## 5. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 3 days.

5

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: May 29, 2026.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

THEODORE S. HERTZBERG
United States Attorney

*Stephanie Gabay-Smith*

/s/STEPHANIE GABAY-SMITH
Assistant U.S. Attorney
Ga. Bar No. 663519
(404) 581-6000
stephanie.smith@usdoj.gov

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically sends electronic notification to the parties and counsel of record.

May 29, 2026

/s/STEPHANIE GABAY-SMITH

STEPHANIE SMITH
Assistant U.S. Attorney